**Order entered October 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00561-CR
No. 05-19-00712-CR

**RICHARD LEE CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-33286-T & F17-33287-T**

## ORDER

Before the Court is appellant's October 2, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 7, 2019. If appellant's brief is not filed by November 7, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

The reporter's record does not include a copy of the videotaped interview admitted into evidence as State's Exhibit 13. We **ORDER** court reporter Crystal Johnson to file, by October 25, 2019, a supplemental reporter's record containing State's Exhibit 13.

We **DIRECT** the Clerk to transmit a copy of this order, by electronic transmission, to

court reporter Crystal Johnson and to counsel for the parties.

/s/     CORY L. CARLYLE
        JUSTICE